No. 75–488.  AGUILERA-ENRIQUEZ *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 6th Cir.  Certiorari denied.

No. 75–501.  BROWN, AKA FEDERICO *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 75–506.  BOYD ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–507.  MATTHEWS *v.* UNITED STATES; and
No. 75–538.  GRANCICH ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.  Reported below: 518 F. 2d 352.

No. 75–508.  KAESERMAN *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 75–511.  H. B. BUSTER HUGHES, INC. *v.* OCEAN DRILLING & EXPLORATION Co.  C. A. 5th Cir.  Certiorari denied.

No. 75–514.  VEGA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 75–516.  HICKMAN ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 75–518.  BRANCATO ET AL. *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 75–523.  KAPLAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–539.  AQUILA ET AL. *v.* BRICHFORD ET AL.  C. A. 6th Cir.  Certiorari denied.